THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL HIGGINS, JR., Petitioner, v. JOSEPH M. PAVLAK, as Sheriff of Greene County, Respondent.— Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Simons, JJ., concur.